1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL MONEY MANAGEMENT, L.P.; LF GLOBAL INVESTMENTS, LLC; and MARVIN I. FRIEDMAN,<br><br>Defendants. | Case No.: 04-CV-00521 BTM (WMC)<br><br>**ORDER APPROVING RECEIVER'S FOURTH INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES OF THE RECEIVER AND THE RECEIVER'S COUNSEL** |

On May 27, 2008, the Receiver filed a Fourth Interim Application for Payment of Fees and Expenses. The SEC filed a statement of non-opposition on June 5, 2008.

The Court has reviewed the supporting documentation submitted in connection with the Application and finds the requested fees and expenses for the nine month period August 1, 2007 through April 30, 2008 to be reasonable.

///

///

///

///

1    Accordingly, the Court approves (1) the payment of fees of $2,346.50 to the Receiver;
2    (2) the payment of fees of $56,291.50 and expenses of $1,321.41 to Receiver's counsel La
3    Bella & McNamara; and (3) the payment of fees of $2,070.00 and expenses of $31.80 to
4    Receiver's securities counsel Simpson Delmore Greene.

6    IT IS SO ORDERED.

8    Dated: July 8, 2008

_____
**HON. BARRY TED MOSKOWITZ**
**UNITED STATES DISTRICT JUDGE**